■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN JONES, Appellant. [816 NYS2d 397]—Judgment, Supreme Court, Bronx County (Robert Torres, J., at plea; John P. Collins, J., at sentence), rendered June 3, 2004, and judgment, same court (Steven L. Barrett, J.), rendered September 24, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Friedman, Williams and Sweeny, JJ.